# *United States District Court*
## *Northern District of New York*

## JUDGMENT IN A CIVIL CASE

GREGORY BOOMER,
     Petitioner

V.          CASE NUMBER:  9:08-cv-1070 (DNH)

JAMES CONWAY,
     Respondent

[   ]     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues  have been tried and the jury has rendered its verdict.

**[ x ]**     **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered dismissing this action in accordance with the October 17, 2008 Order of United States District Judge David N. Hurd.

October 17, 2008                 **_LAWRENCE K. BAERMAN_**
DATE                           CLERK

                                A. Hudson
                                (BY) DEPUTY CLERK